IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERGIO ESPINOSA, SR. and<br>SERGIO ESPINOSA, JR.,<br><br>    Plaintiffs,<br><br>v.<br><br>ANDREW C. METCALF d/b/a<br>JUDGMENT ACQUISITIONS<br>UNLIMITED, CHAMPION<br>FUNDING, INC., and<br>EXPORT ENTERPRISES, INC.,<br><br>    Defendant. | Civil Case Number: 1:21-cv-10356-DJC |

## THE DEFENDANT'S, CHAMPION FUNDING, INC., CORPORATE DISCLOSURE <u>STATEMENT</u>

Pursuant to Fed. R. Civ. P. 7.1, the Defendant, Champion Funding, Inc., hereby discloses that it has no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

              Respectfully submitted,
              Champion Funding, Inc.
              By its President,


              _____
              Andrew Metcalf, President

## CERTIFICATE OF SERVICE

    I, Brendan R. Pitts, do hereby certify that a copy of the foregoing pleading has been provided to all parties of record via the CM/ECF system.

                                         /s/ Brendan R. Pitts
                                          Dated: 3/30/21