# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS (Boston)

SERGIO ESPINOSA SR. and SERGIO ESPINOSA JR.,

    Plaintiff,

vs.

ANDREW C. METCALF d/b/a JUDGMENT ACQUISITIONS UNLIMITED, CHAMPION FUNDING, INC. and EXPORT ENTERPRISES INC.,

    Defendant.

CASE NO. 1:21-cv-10356-DJC

## JOINT DISCOVERY PLAN

The Parties by and through their counsel of record and pursuant to Local Rule 16.1 (D) submit the following joint statement.

**Timetable for Discovery and Motion Practice**

I. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by May 4, 2021.

2. **Amendments to Pleadings.** Except for good cause shown, amendments to pleadings may be filed by September 13, 2021.

3. **Fact Discovery - Interim Deadlines**.

    a.    All requests for production of documents and interrogatories must be served by July 6, 2021 and

  b.  All requests for admission must be served by October 27, 2021; and

  c.  All depositions, other than expert depositions, must be noticed by October 27, 2021.

4. **Fact Discovery - Final Deadline.** All discovery, other than expert discovery; must be completed by November 29, 2021.

5. **Status Conference.** A status conference will be held at the discretion of the Court on _____.

6. **Expert Discovery.** At this stage in the civil action counsel for the parties are under the belief that expert witnesses will not be required; however all parties reserve the right to designate expert witnesses prior to November 29, 2021.  In the event any party determines the need for designating an expert witness the parties reserve the right to seek to modify time periods established by this Court's Scheduling Order in order to provide additional time for deposing said designated experts as well as for compliance with Fed. R. Civ. P. 26(a)(2).

7. **Dispositive Motions**.

  a.  Dispositive motions such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by January 6, 2022; and

  b.  Oppositions to dispositive motions must be filed within 21 days after service of the motion.

8.      **Initial Pretrial Conference.**  An initial pretrial conference will be held on _____ at the Court's discretion at \_\_\_\_\_a.m./p.m. on _____, 20_____. The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(D) five business days prior to the date of the conference, except that the parties need not include matters required by Local Rule 16.5(D)(2) or (3).

Respectfully submitted this the 20th day of April, 2021.

Dated: April 20, 2021

By:  /s/ Yitzchak Zelman
Yitzchak Zelman, Esq. (YZ5857)
Marcus Zelman, LLC.
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone:     (732) 695-3282
*Attorney for Plaintiff*


/s/ Brendan Pitts
Brendan R. Pitts
Flavin Pitts P.C.
424 Adams Street, Suite 100
Milton, MA 02186
617-698-3000
Email: bpitts@flavinpitts.com

/s/ Efpraxia Salpoglou
Efpraxia P. Salpoglou
Law Office of E. Pamela Salpoglou, Inc.
One Cabot Place, Suite 1
Stoughton, MA 02072
781-444-4747
Email: pamela@automobileattorney.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the _____ **day of _____, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Kevin V.K. Crick, Esq. | Brendan Pitts, Esq. |
|---|---|
| k.crick@rightsprotect.com | bpitts@flavinpitts.com |
| Efpraxia P. Salpoglou, Esq. | Yitzchak Zelman, Esq. |
| pamela@automobileattorney.com | yzelman@marcuszelman.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the _____ **day of _____, 2021** properly addressed as follows:

| None | |
|---|---|

By: /s/ Yitzchak Zelman
Yitzchak Zelman, Esq. (YZ5857)
Marcus Zelman, LLC.
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
*Attorney for Plaintiff*