UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
SERGIO ESPINOSA SR., ET. AL,                        )
                    Plaintiffs,                     )
                                                    )      CIVIL ACTION NO.
v.                                                  )      1:21-CV-10356-DJC
                                                    )
ANDREW C. METCALF, ET. AL,                          )
                    Defendants                      )
_____)

## ANSWER TO SECOND AMENDED COMPLAINT, COUNTERCLAIM, AND JURY DEMAND OF THE DEFENDANT EXPORT ENTERPRISES OF MA, INC.

No answer is required.

### JURISDICTION AND VENUE

1. Legal conclusion for which no answer is required. Legal conclusion for which no answer is required.

2. Legal conclusion for which no answer is required.

### NATURE OF THE ACTION

3. Deny. Deny.

4. Deny. Deny.

5. Deny. Deny. Deny.

6. Legal conclusion for which no answer is required.

7. Legal conclusion for which no answer is required.

### PARTIES

8. The defendant is without sufficient information to admit or deny the allegations contained in this

sentence and calls upon the plaintiffs to prove same.

9. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

10. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

11. Upon information and belief, admit.

12. Legal conclusion for which no answer is required.

13. Upon information and belief, admit.

14. Legal conclusion for which no answer is required.

15. Upon information and belief, admit.

16. The document speaks for itself.

17. Upon information and belief, admit.

18. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

19. Legal conclusion for which no answer is required.

20. Admit only that the principal place of business is 50 Mystic Ave, Medford, MA 02155.

21. Deny.

22. Deny.

23. Legal conclusion for which no answer is required and further deny.

24. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

25. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

26. Legal conclusion for which no answer is required.

27. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

28. Legal conclusion for which no answer is required.

29. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

30. Legal conclusion for which no answer is required.

31. Legal conclusion for which no answer is required.

## ALLEGATIONS OF FACT

32. No answer is required.

33. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

34. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

35. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

36. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

37. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

38. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

39. Upon information and belief, admit.

40. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

41. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

42. The defendant is without sufficient information to admit or deny the allegations contained in this

sentence and calls upon the plaintiffs to prove same.

43. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

44. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

45. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

46. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same and further, deny.

47. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same and further, deny.

48. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

49. Deny. Deny.

50. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

51. The defendant is without sufficient information to admit or deny the allegations contained in this paragraph and calls upon the plaintiffs to prove same.

52. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

53. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

54. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

55. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

56. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

57. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

58. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

59. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same and further, deny.

60. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

61. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

62. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

63. Admit only that the Mini Cooper was towed and exchanged for the Honda Accord.

64. Deny.

65. Deny.

66. Deny and further answering, the lease was provided only after demand by defendant's counsel.

67. The plaintiffs' opposition to the defendant's motion to dismiss admits the plaintiff is in possession and control of the Honda Accord.

68. Deny.

69. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

70. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

71. Legal conclusion for which no answer is required.

72. Legal conclusion for which no answer is required.

73. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

74. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

75. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

76. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same and further, deny.

77. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same and further, deny.

78. Deny.

79. Deny.

80. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

## COUNT I
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692f(6)
## (By Sergio Espinosa, Jr. Against Champion, Metcalf, Judgment Acquisitions and Export Enterprises, MCO and Abelli)

81. No answer is required.

82. Legal conclusion for which no answer is required.

83. Legal conclusion for which no answer is required.

84. Legal conclusion for which no answer is required.

85. Legal conclusion for which no answer is required and further, deny.

86. Deny.

87. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same and further, deny.

88. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

89. Deny.

90. Legal conclusion for which no answer is required and further, deny.

91. Legal conclusion for which no answer is required.

92. Legal conclusion for which no answer is required and further, deny.

93. Legal conclusion for which no answer is required and further, deny.

94. Deny.

95. Legal conclusion for which no answer is required and further, deny.

WHEREFORE, the defendant prays that judgment enter in its favor and that it be awarded its costs and fees.

## COUNT II
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692d et seq.
## (By Sergio Espinosa, Jr. Against Champion, Metcalf, Judgment Acquisitions, Abelli and MCO)

96 - 104 These paragraphs are not directed towards the defendant and therefore no answer is required.

## COUNT III
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692e et seq.
## (By Sergio Espinosa, Jr. Against Champion, Metcalf, Judgment Acquisition, Abelli and MCO)

105 - 120 These paragraphs are not directed towards the defendant and therefore no answer is required.

## COUNT IV
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692f(1) et seq.
## (By Sergio Espinosa, Jr. Against Champion, Metcalf, Judgment Acquisitions, Abelli and MCO)

121 - 129 These paragraphs are not directed towards the defendant and therefore no answer is required.

## COUNT V
## UNFAIR AND DECEPTIVE PRACTICES IN TRADE OR COMMERCE
## M.G.L. c. 93A § 9 et seq
## (By Sergio Espinosa, Jr. Against All Defendants)

130.  No answer is required.

131. Legal conclusion for which no answer is required.

132. Legal conclusion for which no answer is required and further, deny.

133. Legal conclusion for which no answer is required and further, deny.

134. Deny.

135. Legal conclusion for which no answer is required and further, deny.

136. Legal conclusion for which no answer is required.

137. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

138. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same and further, deny.

WHEREFORE, the defendant prays that judgment enter in its favor and that it be awarded its costs and fees.

## COUNT VI
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692f(6)
## (By Sergio Espinosa, Jr. Against Champion, Metcalf, Judgment Acquisitions Export Enterprises, Abelli and MCO)

139. No answer is required.

140. Legal conclusion for which no answer is required.

141. Legal conclusion for which no answer is required.

142. Legal conclusion for which no answer is required.

143. Deny.

144. Deny.

145. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same and further, deny.

146. Deny.

147. Deny.

148. Deny.

149. Legal conclusion for which no answer is required.

150. Legal conclusion for which no answer is required and further, deny.

151. Legal conclusion for which no answer is required and further, deny.

152. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same and further, deny.

153. Deny.

154. Deny.

155. Legal conclusion for which no answer is required.

156. Deny.

157. Legal conclusion for which no answer is required.

158. Legal conclusion for which no answer is required and further, deny.

159. Legal conclusion for which no answer is required and further, deny.

160. Deny.

161. Legal conclusion for which no answer is required and further, deny.

WHEREFORE, the defendant prays that judgment enter in its favor and that it be awarded its costs and fees.

## COUNT VII
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692d et seq.
## (By Sergio Espinosa, Sr. Against Champion, Metcalf, Judgment Acquisition, Abelli and MCO)

162 -170  These paragraphs are not directed towards the defendant and therefore no answer is required.

## COUNT VIII
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692e et seq.
## (By Sergio Espinosa, Sr. Against Champion, Metcalf, Judgment Acquisitions Abelli and MCO)

171 - 186 These paragraphs are not directed towards the defendant and therefore no answer is required.

## COUNT IX
## VIOLATIONS OF MGL CHAPTER 93 and 93A
## (On Behalf of Both Plaintiffs Against All Defendants)

187. No answer is required.

188. Legal conclusion for which no answer is required and further, deny.

189. Legal conclusion for which no answer is required.

190. Legal conclusion for which no answer is required.

191. Legal conclusion for which no answer is required and further, deny.

192. Legal conclusion for which no answer is required and further, deny.

193. Legal conclusion for which no answer is required and further, deny.

194. Legal conclusion for which no answer is required.

195. The defendant is without sufficient information to admit or deny the allegations contained in this sentence and calls upon the plaintiffs to prove same.

196. Legal conclusion for which no answer is required and further, deny.

WHEREFORE, the defendant prays that judgment enter in its favor and that it be awarded its costs and fees.

## COUNT X
## Conversion
## (On Behalf of Both Plaintiffs Against All Defendants)

197. No answer is required.

198. Deny.

199. Deny.

200. Deny.

201. Deny.

202. Deny.

203. Deny.

204. Deny.

205. Deny.

206. Deny.

WHEREFORE, the defendant prays that judgment enter in its favor and that it be awarded its costs and fees.

## COUNT XI
## 42 U.S.C. sec. 1983
## (On Behalf of Both Plaintiffs Against MCO and Abelli)

207 - 214. These paragraphs are not directed towards the defendant and therefore no answer is required.

## DEMAND FOR JURY TRIAL

215. The defendant requests a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted pursuant to Rule 12(b)(6).

## SECOND AFFIRMATIVE DEFENSE

The defendant did not commit an unfair nor deceptive act nor did it violate M.G.L. Ch. 93 and 93A.

## THIRD AFFIRMATIVE DEFENSE

The plaintiffs failed to mitigate their alleged damages, if any.

## FOURTH AFFIRMATIVE DEFENSE

The plaintiffs claims are barred by the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

The plaintiffs have unclean hands and are therefore barred from any recovery.

## SIXTH AFFIRMATIVE DEFENSE

The plaintiffs are estopped from recovering on any of their claims against the defendant.

## SEVENTH AFFIRMATIVE DEFENSE

The defendant at all times has acted in good faith and its conduct was justified.

## EIGHTH AFFIRMATIVE DEFENSE

Failure to name an indispensable party and misnomer of a party.

## NINTH AFFIRMATVE DEFENSE

The plaintiffs alleged damages were caused by an entity for whom the defendant is not legally responsible.

## TENTH AFFIRMATIVE DEFENSE

The plaintiffs own conduct was the proximate cause of any damages they sustained.

## ELEVENTH AFFIRMATIVE DEFENSE

The defendant has fulfilled any obligations it may have had to the plaintiffs and properly performed in every respect.

## TWELFTH AFFIRMATIVE DEFENSE

The defendant made a reasonable offer of settlement.

## FOURTENTH AFFIRMATIVE DEFENSE

The defendant did not commit conversion.

## FIFTEENTH AFFIRMATIVE DEFENSE

The defendant did not violate 15 U.S.C. § 1692f(6).

## SIXTEENTH AFFIRMATIVE DEFENSE

The defendant was not properly contacted by the plaintiffs nor provided with proof of ownership timely.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The vehicles were not exempt.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The defendant was working at the request of a Constable who has sovereign immunity under M.G.L Ch. 258 §10(d) and this immunity passes through to the defendant.

## NINETEENTH AFFIRMATIVE DEFENSE

The defendant reserves the right to raise additional affirmative defenses as may become available or apparent during the course of discovery.

## COUNTERCLAIM OF EXPORT ENTERPRISES OF MA, INC. (SERGIO ESPINOSA, SR.)

1. The Defendant/Plaintiff in Counterclaim, Export Enterprises of MA, Inc., (hereinafter "Export") is a corporation duly organized under the laws of the Commonwealth of Massachusetts with a principal place of business at 50 Mystic Avenue, Medford, MA.

2. The Plaintiff/Defendant in Counterclaim, Sergio Espinosa, Sr. (Sr.), upon information and belief,

is a resident of the Commonwealth of Massachusetts.

3. On or about October 9, 2020, a Mini Cooper was towed from Dracut, Massachusetts.

4. Export completed this tow service at the request and direction of the Massachusetts Constable's Office (hereinafter "Constable") in performance of a levy on an Execution against one "Sergio Espinosa".

5. Said Execution was duly issued from the Lowell District Court, captioned <u>CACV of Colorado, LLC vs Sergio Espinosa,</u> C.A. No.: 200611CV001340, and remained unsatisfied.

6. Export was directed by the Constable to take the Mini Cooper at Sergio Espinosa's request.

7. Thereafter, an exchange of the Mini Cooper for a Honda Accord (hereinafter "automobile") was made.

8. Export was informed by the Constable that Sergio Espinosa was the registered owner of the Mini Cooper.

9. Export was informed by the Constable that the Honda Accord had a lien holder and the registered owner was Sergio De Jesus Espinosa.

10. Export stored the Mini Cooper and Honda Accord.

11. Sr. still has not satisfied the Execution.

12. Export was not provided with proof of ownership of the Mini Cooper nor the Honda Accord by either plaintiff prior to the filing of the demand letter in this matter.

13. Export informed Sr. via counsel on February 11, 2021, that he could retrieve the Honda Accord without charge.

14. The Honda Accord was never retrieved by Sr.

15. The Honda Accord was returned to Sr. at the expense of Export.

16. Export has not been paid by for its service of tow charges and storage fees of $35.00 per day.

**COUNT I**
**UNJUST ENRICHMENT**

17. The defendant/plaintiff in counterclaim, Export Enterprises of MA, Inc., repeats and re-alleges paragraphs 1- 16 herein.

18. Export performed a service by towing and storing the Honda Accord and Mini Cooper.

19. The tows and storage services were based on the Constable's order to levy on the Execution.

20. The Constable was acting on the Execution.

21. The Honda Accord would not have been towed or stored had Sr. paid the Execution.

22. Export was not obligated to pay on the Execution.

23. Export has not been paid for its services of tows nor its storage fees of $35.00 per day for the Honda Accord nor the Mini Cooper.

 WHEREFORE, the defendant/plaintiff in counterclaim, Export Enterprises of MA, Inc., requests that this Honorable Court enter judgment in its favor along with its costs and attorney's fees.

**COUNT II**
**OFF SET CLAIM**

24. The defendant/plaintiff in counterclaim, Export Enterprises of MA, Inc., repeats and re-alleges paragraphs 1- 23 herein.

25. Export is presently owed its tow charges and $35.00 per day in storage for the Mini Cooper.

26. Export is presently owed its tow charges and $35.00 per day in storage for the Honda Accord.

27. To the extent any damages are awarded to the plaintiff(s) in this matter, that amount should be offset in the amount of Export's damages referenced in the Counterclaim.

 WHEREFORE, the defendant/plaintiff in counterclaim, Export Enterprises of MA, Inc., requests that this Honorable Court award it an offset to any damages awarded to the plaintiff(s) in the amount of $35.00 per day for each day storage for the Mini Cooper and Honda Accord, tow costs for the Honda Accord and Mini Cooper, and its costs and attorney's fees.

     Respectfully submitted,
     EXPORT ENTERPRISES OF MA, INC., By its
     attorney,

*/s/ E. Pamela Salpoglou*

E. Pamela Salpoglou, BBO #635931
Law Office of E. Pamela Salpoglou, Inc.
P. O. Box 13
Stoughton, MA  02072
(781) 444-4747
Pamela@automobileattorney.com

Dated: February 10, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 10, 2022.

*/s/ E. Pamela Salpoglou*

E. Pamela Salpoglou