IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERGIO ESPINOSA SR. and SERGIO ESPINOSA JR,<br><br>Plaintiffs,<br><br>-against-<br><br><br><br>ANDREW C. METCALF d/b/a JUDGMENT ACQUISITIONS UNLIMITED, CHAMPION FUNDING, INC. and EXPORT ENTERPRISES INC.,<br><br>Defendants. | Civil Case Number: 1:21-cv-10356-DJC<br><br><br><br>**PLAINTIFF SERGIO ESPINOSA SR.'S ANSWER TO COUNTERCLAIM FILED BY DEFENDANT, ANDREW C. METCALF d/b/a JUDGMENT ACQUISITIONS UNLIMITED, CHAMPION FUNDING, INC.** |

Plaintiff, SERGIO ESPINOSA SR., by and through his undersigned counsel, Marcus & Zelman, LLC, hereby responds to the Counterclaim filed by Defendants, Andrew C. Metcalf d/b/a Judgment Acquisitions Unlimited and Champion Funding, Inc., as follows:

1. Plaintiff admits the allegations contained in paragraph 1 of Defendant's Counterclaim.

2. Plaintiff admits the allegations contained in paragraph 2 of Defendant's Counterclaim.

3. Plaintiff admits the allegations contained in paragraph 3 of Defendant's Counterclaim.

4. Plaintiff admits the allegations contained in paragraph 4 of Defendant's Counterclaim.

5. Plaintiff is without knowledge or information to respond to the allegations contained in paragraph 5 of Defendant's Counterclaim.

6. Plaintiff denies the allegations contained in paragraph 6 of Defendant's Counterclaim.

7. Plaintiff repeats and realleges his responses to Defendant's allegations above, as if set forth more fully herein.

-1-

8. Plaintiff denies the allegations contained in paragraph 8 of Defendant's Counterclaim.

9. Plaintiff denies the allegations contained in paragraph 9 of Defendant's Counterclaim.

**PLAINTIFF'S AFFIRMATIVE DEFENSES TO DEFENDANT'S COUNTERCLAIM:**

1. Export's counterclaim is barred by illegality. Champion, through its agents, illegally seized the Mini Cooper solely owned by Sergio Espinosa, Jr., while seeking to collect a debt owed by Sergio Espinosa, Sr., and then illegally held that vehicle for weeks. Champion then returned the Mini Cooper and then illegally seized Sergio Espinosa, Sr.'s leased Honda Accord, holding that vehicle for months. Champion cannot now seek to recover an offset for damages suffered by the Plaintiff.

2. Export's counterclaim is barred by unclean hands. Champion, through its agents, illegally seized the Mini Cooper solely owned by Sergio Espinosa, Jr., while seeking to collect a debt owed by Sergio Espinosa, Sr., and then illegally held that vehicle for weeks. Champion then returned the Mini Cooper and then illegally seized Sergio Espinosa, Sr.'s leased Honda Accord, holding that vehicle for months. Champion cannot now seek to recover an offset for damages suffered by the Plaintiff.

3. Export's counterclaim is barred by estoppel. Champion, through its agents, illegally seized the Mini Cooper solely owned by Sergio Espinosa, Jr., while seeking to collect a debt owed by Sergio Espinosa, Sr., and then illegally held that vehicle for weeks. Champion then returned the Mini Cooper and then illegally seized Sergio Espinosa, Sr.'s leased Honda Accord, holding that vehicle for months. Champion cannot now seek to recover an offset for damages suffered by the Plaintiff.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff demand judgment against Defendant as follows:

A. Dismissing the Defendant's Counterclaim;

B. Awarding Plaintiff such other and further relief as this Court may deem just and proper.


Dated: February 22, 2022　　　　　　　　By:  /s/ Yitzchak Zelman
　　　　　　　　　　　　　　　　　　　　Yitzchak Zelman, Esq. (YZ5857)
　　　　　　　　　　　　　　　　　　　　Marcus Zelman, LLC.
　　　　　　　　　　　　　　　　　　　　701 Cookman Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　　Asbury Park, New Jersey 07712
　　　　　　　　　　　　　　　　　　　　Phone:　　(732) 695-3282
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*