IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERGIO ESPINOSA SR. and SERGIO ESPINOSA JR.,<br><br>Plaintiffs,<br><br>-against-<br><br>ANDREW C. METCALF d/b/a JUDGMENT ACQUISITIONS UNLIMITED, CHAMPION FUNDING, INC., EXPORT ENTERPRISES INC., MASSACHUSETTS CONSTABLE INC., d/b/a MASSACHUSETTS CONSTABLES OFFICE and BRIAN ABELLI,<br><br>Defendants. | Civil Case Number: 1:21-cv-10356-DJC<br><br>**NOTICE OF MOTION**<br><br>**Oral Argument Requested** |

PLEASE TAKE NOTICE that the undersigned attorneys for Plaintiffs, Sergio Espinosa Sr. and Sergio Espinosa Jr., hereby move, at a date and time to be set by the Court, before the Honorable Denise J. Casper, U.S.D.J., at the Courthouse for the District of Massachusetts, located at 1 Courthouse Way, Boston, Massachusetts 02210, for an Order granting Plaintiff's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56.

PLEASE TAKE FURTHER NOTICE that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion for Summary Judgment, the Declarations of Yitzchak Zelman, Esq., Kevin Crick, Esq., Sergio Espinosa, Jr. and Sergio Espinosa, Sr. and the accompanying Exhibits.

PLEASE TAKE FURTHER NOTICE that Plaintiffs hereby requests oral argument.

Dated: July 7, 2022

By: /s/ Yitzchak Zelman_____
Yitzchak Zelman, Esq. (YZ5857)

MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732)695-3282
Fax:     (732)298-6256
Email: yzelman@MarcusZelman.com
*Attorneys for Plaintiffs*