UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SERGIO ESPINOSA SR. et al.,<br>    Plaintiffs<br><br>V.<br><br>ANDREW C. METCALF et al.,<br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:21-cv-10356-DJC<br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS BRIAN ABELLI AND MASSACHUSETTS CONSTABLES, INC., D/B/A MASSACHUSETTS CONSTABLES OFFICE STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1**

Now come the defendants, Brian Abelli and Massachusetts Constables Inc, d/b/a Massachusetts Constables Office, in the above-entitled action and hereby respectfully submits this statement pursuant to Local Rule 56.1 of the Local Rules of the United States District Court for the District of Massachusetts, to set forth material facts they contend are not in dispute, as follows:

1. MCO and Mr. Abelli are agents of Metcalf and JAU. See Metcalf Dep. Vol. 1, 15-16, Vol. 2, 23, May 31, 2022. See also Abelli Dep. 17, June 1, 2022.

2. Senior never spoke to or had contact with a constable, Mr. Abelli or MCO. See Senior Dep. 37, 54, June 17, 2022.

3. Junior did not speak to or have contact with a constable, Mr. Abelli, or MCO after the Mini Cooper was towed. Junior Dep. 65- 66, June 17, 2022.

4. Defendants Metcalf and JAU communicated with or attempted to communicate with Senior and Junior on numerous occasions. See Metcalf Dep. 40, May 31, 2022. See

1

Metcalf's Response to Senior's Interrogatories Request, Response No. 5. See also JAU's Response to Junior's First Set of Interrogatories, Response No. 5.

                                        Respectfully Submitted,
Brian Abelli and Massachusetts Constables Inc.
d/b/a Massachusetts Constables Office,
by their attorney,

*/s/ Natalie Sreca*
_____
Natalie Sreca, Esq.
Joseph B. Simons, Esq.
Simons Law Office
10 Post Office Square, Suite 800
Boston, MA  02109
(617) 544-9000
BBO #706732
BBO #684030

Dated:  July 8, 2022