IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SERGIO ESPINOSA, SR. and
SERGIO ESPINOSA, JR.,

    Plaintiffs,

v.

ANDREW C. METCALF d/b/a
JUDGMENT ACQUISITIONS
UNLIMITED, CHAMPION
FUNDING, INC., and
EXPORT ENTERPRISES, INC.,

    Defendant.

Civil Case Number: 1:21-cv-10356-DJC

## THE DEFENDANTS, ANDREW METCALF D/B/A JUDGMENT ACQUISITIONS UNLIMITED AND CHAMPION FUNDING, INC.'S, STATEMENT OF FACTS

1. Pursuant to a valid execution issued against Sergio Espinosa Sr., the Defendants, Andrew Metcalf and Judgment Acquisitions Unlimited and Champion Funding, Inc. (collectively "JAU") sent a letter on September 22, 2020 to Brian Abelli at the Massachusetts Constables Office ("MCO") with an execution requesting that MCO seize assets in the name of Sergio Espinosa, Sr. (See Ex 1., Depo Trans. *Metcalf*, 46:25-48:11).

2. No representative of the Massachusetts Constables Office ("MCO") ever spoke with either Sergio Espinosa Sr. or Sergio Espinosa Jr. (See Ex. 2, Depo Trans. 6/1/22, *Abelli*, p. 24:22-25:4).

3. While MCO was at the home of Sergio Espinosa Sr. and Sergio Espinosa Jr, they did not speak to anyone. (Depo Trans. 6/1/22, *Abelli*, p. 40, ll. 19-21; p. 76, ll. 5-8).

4. The Mini Cooper was towed from Mr. Espinosa's home to the Export Towing tow yard. (Depo Trans. 6/1/22, *Abelli*, p. 41, ll. 2-5).

5. It is MCO's practice and procedure to not look inside a glove box or otherwise search a vehicle being towed. (Depo. Trans. 6/1/22, *Abelli*, p. 41, ll. 11-18).

6. It is MCO's practice that a leased vehicle can be seized and MCO is not aware of any law that says leased vehicles cannot be seized. (Depo, Trans. 6/1/22, *Abelli*, p. 58, ll. 8-24; p. 60, ll. 6-9).

7. Prior to the Mini Cooper being seized, Judgment Acquisitions Unlimited performed an asset search on Lexis Nexis and the report showed Sergio Espinosa, Sr. as a registered owner of the Mini Cooper. (Depo Trans., *Metcalf*, p. 64:12-65:1).

8. Prior to seizing the Mini Cooper, MCO searched Sergio Espinosa, Sr. in its software, LP Police, and the Mini Cooper showed up as being registered to Sergio Espinos, Sr. (Depo Trans. 6/1/22, *Abelli*, p. 31, ll. 16-24).

9. Even if the Mini Cooper was co-owned by Sergio Espinosa, Jr. and Sergio Espinosa, Sr., it is property of the debtor, Sergio Espinosa, Sr., that is subject to seizure. (Depo Trans. 6/1/22, *Abelli*, p. 34:19-35:10).

10. After the Mini Cooper was seized, MCO performed another verification of ownership of the Mini Cooper with a program called ATLAS, which is connect directly to the Registry of Motor Vehicles, and that search showed Sergio Espinosa, Sr. as an owner of the Mini Cooper. (Depo Trans. 6/1/22, *Abelli*, 107:22-108:17).

11. Sergio Espinosa, Jr. cannot recall anything he said to the Constable from MCO during the alleged conversation when the Mini Cooper was seized. (See Ex. 3, Depo Trans., *Espinosa Jr.,* p. 20, ll. 3-20).

12. Sergio Espinosa, Jr. never directed the Constable from MCO or the tow truck driver to his father's Honda Accord, which was also parked in the driveway at the time the Mini Cooper was seized. (Depo Trans., *Espinosa Jr.*, 22:18-23:6).

13. Despite believing his Mini Cooper was improperly taken from his driveway at 3 a.m., he did not call the police when it was taken. (Depo Trans., *Espinosa Jr.*, p. 26, ll. 3-23).

14. Sergio Espinosa, Jr. never went to Export Towing where the Mini Cooper was being held. (Depo. Trans, *Espinosa Jr.*, p. 46, ll. 10-12).

15. Sergio Espinosa never contacted MCO after the seizure of the Mini Cooper. (Depo. Trans., *Espinosa, Jr.,* p. 66, ll. 5-10).

16. Sergio Espinosa, Jr. never went to Export Towing to retrieve the registration to show it to Judgment Acquisitions because he did not think it would solve anything. (Depo. Trans., *Espinosa Jr.*, p. 79:16-80:15).

17. Sergio Espinosa, Sr., after Export Towing informed him that he was responsible for the towing and storage charges for the Honda Accord, told Export Towing "keep it, not my problem." (Depo. Trans. 6/1/22, *Abelli*, p. 90:18-91-1).

18. MCO did a search on ATLAS and program showed that Sergio Espinosa Sr. was a registered owner of the Honda Accord. (Depo Trans. 6/1/22, *Abelli*, p. 5 5, ll. 1-24).

Respectfully submitted,

The Defendant,
ANDREW C. METCALF, d/b/a
JUDGMENT ACQUISITIONS UNLLIMITED
AND CHAMPION FUNDING, INC.,

By their Attorneys,


 /s/ Brendan R. Pitts_____
Paul K. Flavin, Esq.
Brendan R. Pitts, Esq.
Flavin Pitts, P.C.
424 Adams Street, Suite 100
Milton, MA 02186
p. 617-698-6000
f. 617-977-1573
bpitts@flavinpitts.com
pflavin@flavinpitts.com

# CERTIFICATE OF SERVICE

      I, Brendan R. Pitts, do hereby certify that a copy of the foregoing pleading has been provided to all parties of record via the CM/ECF system.

                                              /s/ Brendan R. Pitts

                                              Dated: 7/26/22