UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERGIO ESPINOSA SR., et al., <br> Plaintiffs <br> <br> V. <br> <br> ANDREW METCALF, et al., <br> Defendants | CIVIL ACTION NO. 1:21-cv-10356-DJC |

### DEFENDANT'S MCO AND ABELLI MOTION TO WITHDRAW

Defendant counsel for Massachusetts Constable Inc., d/b/a Massachusetts Constable's Office ("MCO") and Brian Abelli, hereby move to withdraw from the instant case. In support of this motion, undersigned counsel notes that the above-noted plaintiffs have advised that they retained new counsel, attorney Roger Peace, to take over as their representative and desire to end representation with undersigned counsel on this case.

Respectfully Submitted
For the Defendants,
MCO & Brian Abelli,

_____
Joseph B. Simons, Esq. (MA BBO #684030)
Natalie Sreca, Esq. (MA BBO #706732)
Simons Law Office
10 Post Office Square, Suite 800
Boston, MA 02109
(617) 544-9000

Dated: March 1, 2023

Assented-to (MCO and Bria Abelli, by Brian Abelli): *Brian Abelli*
ID DuRjFEPHoapT25uHFMndXAn7

Dated: 2/26/2023

1

## CERTIFICATION PER RULE 7.1

Pursuant to Local Rule 7.1, I have conferred with opposing counsel and have attempted in good faith to resolve or narrow the issue, prior to filing the instant motion. Counsel for the Defendants noted that the Plaintiff __Objects__ to this motion.

_____
Joseph B. Simons

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on _____March 1_____, 2023

_____
Joseph B. Simons

## eSignature Details

**Signer ID:**    **DuRjFEPHoapT25uHFMndXAn7**
Signed by:        Brian Abelli
Sent to email:    B.Abelli.mcodirector@outlook.com
IP Address:       73.167.156.209
Signed at:        Feb 26 2023, 12:59 pm EST