**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SERGIO ESPINOSA SR. and SERGIO ESPINOSA JR., <br><br> Plaintiffs, <br><br> -against- <br><br> ANDREW C. METCALF d/b/a JUDGMENT ACQUISITIONS UNLIMITED, CHAMPION FUNDING, INC., EXPORT ENTERPRISES INC., MASSACHUSETTS CONSTABLE INC., d/b/a MASSACHUSETTS CONSTABLES OFFICE and BRIAN ABELLI, <br><br> Defendants. | Civil Case Number: <br><br> 1:21-cv-10356-DJC <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that the undersigned attorneys for Plaintiffs, Sergio Espinosa Sr. and Sergio Espinosa Jr., hereby move, before the Honorable District Judge Denise J. Casper, at a date and time to be set by the Court, for an Order granting Plaintiffs' Motion for Attorneys' Fees and Costs, as mandated by 15 U.S.C. 1692k(a)(3) and Mass. Gen. L. c.93A.

PLEASE TAKE FURTHER NOTICE that Plaintiff shall rely upon the accompanying Memorandum of Law, and the Declarations and Exhibits attached hereto.

Dated: July 13, 2023

MARCUS & ZELMAN, LLC

By:  /s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone:       (732) 695-3282
*Attorney for Plaintiffs*