IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SERGIO ESPINOSA SR. and SERGIO ESPINOSA JR.,<br><br>Plaintiffs,<br><br>-against-<br><br>ANDREW C. METCALF d/b/a JUDGMENT ACQUISITIONS UNLIMITED, CHAMPION FUNDING, INC., EXPORT ENTERPRISES INC., MASSACHUSETTS CONSTABLE INC., d/b/a MASSACHUSETTS CONSTABLES OFFICE and BRIAN ABELLI,<br><br>Defendants. | Civil Case Number:<br><br>1:21-cv-10356-DJC |

### JUDGMENT

CASPER, J.                                          ~~July 14, 2023~~   October 5, 2023   /s/ DJC

1. In light of D. 114, the Court enters judgment for Plaintiff Sergio Epinosa, Sr. against Defendants Andrew C. Metcalf d/b/a Judgment Acquisitions Unlimited and Champion Funding, Inc., jointly and severally, on Plaintiff's claims under the Fair Debt Collection Practices Act, MGL Ch. 93A and Conversion. Judgment shall enter in favor of Sergio Espinosa Sr. in the total amount of **$25,874.41**, which amount includes the total amount awarded for statutory damages, actual damages and prejudgment interest, with interest to accrue from the date of entry of the Judgment.

2. In light of D. 114, the Court enters judgment for Plaintiff Sergio Epinosa, Jr. against Defendants Andrew C. Metcalf d/b/a Judgment Acquisitions Unlimited and Champion Funding, Inc., jointly and severally, on Plaintiff's claims under the Fair Debt Collection Practices Act, MGL Ch. 93A and Conversion. Judgment shall enter in favor of Sergio Espinosa Jr. in the total amount of **$7,947.38**, which amount includes the total amount

awarded for statutory damages, actual damages and prejudgment interest, with interest to accrue from the date of entry of the Judgment.

*For the reasons explained in the ECF order entered October 5, 2023 the Court awards $161,415.00 in attorneys' fees and $6,589.23 in costs to Plaintiffs. /s/ DJC*

ROBERT M. FARRELL
~~CLERK OF COURT~~

By: /s/ ~~Lisa M. Hourihan~~
~~Deputy Clerk~~

Denise J. Casper
U.S. District Judge